2

Christina J. O, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, 2nd Floor
Irvine, California 92612
(Telephone) (949)252-9400
(Facsimile) (949)252-1032
Email: christinao@mclaw.org

Attorney for Movant

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-27848 |
| Brandon Michael Baxter, | Docket Control No. CJO-1 |
|             Debtor. | Chapter 7 |
| Specialized Loan Servicing LLC, | |
|             Movant, | **HEARING DATE:**<br>**DATE: 04/17/2019**<br>**TIME: 10:00 a.m.**<br>**CTRM: 35** |
| vs. | |
| Brandon Michael Baxter, Debtor, and Nikki B. Farris, Trustee, | |
|             Respondents. | |

**<u>SPECIALIZED LOAN SERVICING LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY (3571 PARK DRIVE, COTTONWOOD, CA 96022)</u>**

**TO THE HONORABLE CHRISTOPHER M. KLEIN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

      Specialized Loan Servicing LLC ("SLS"), hereby moves this Court for an order terminating the automatic stay of 11 U.S.C. §362 as to Movant in the above-entitled and numbered case so that Movant may commence and continue acts necessary to enforce its security interest in real property commonly known as 3571 Park Drive, Cottonwood, CA 96022.

MOTION FOR RELIEF
PR/B60311

1

1    Movant requests relief from stay pursuant to §362(d)(1) for cause as the Property is being surrendered. The Property is being surrendered as stated in the Debtor's Statement of Intentions. Based on the foregoing, SLS requests relief from the automatic stay pursuant to §362(d)(1).

This Motion is based upon the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

Dated: March 29, 2019          Respectfully Submitted,
MALCOLM ♦ CISNEROS, A Law Corporation

By: /s/ Christina J. O
Christina J. O
Attorney for Movant

MOTION FOR RELIEF
PR/B60311

2