**RELIEF FROM STAY SUMMARY SHEET**
\* \* \* \* **INSTRUCTIONS ON FORM 3-468-INST** \* \* \* \*
**COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION**
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE**

**DEBTOR:** Brandon Michael Baxter **CASE NO.** 18-27848

**MOVANT:** Specialized Loan Servicing LLC **DC NO.** CJO-1

**HEARING DATE/TIME:** April 17, 2019 at 10:00 a.m.

**RELIEF IS SOUGHT AS TO**
(X) REAL PROPERTY  **Assessor Parcel Number (APN):** 086-310-024-000
( ) PERSONAL PROPERTY  If applicable, Vehicle Identification Number (VIN): _____
( ) STATE COURT LITIGATION

**1.** Address OR description of property or state court action  3571 Park Drive, Cottonwood, CA 96022

**2.** Movant's trust deed is a ( X ) 1st ( ) 2nd ( ) 3rd ( ) Other _____
**OR**
Leased property is ( ) Residential  ( ) Non-residential  Term: ( ) Month-to-Month  ( ) Other

**3.** Verified appraisal filed? _____  Movant's valuation of property  $ 207,000.00

**4.** The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 131,335.68 | $1,851.41 | $356.19 | $133,542.81 |

**5.** State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

1. _____ $ _____ $ _____
_____ $ _____ $ _____
3. _____ $ _____ $ _____

**TOTAL ALL LIENS**  $ 133,542.81
**DEBTOR'S EQUITY**  $ 73,457.19

**6.** Monthly payment $873.51 of which $246.95 is for impound account. Monthly late charge is $0.00
**7.** The last payment by Debtor was received on February 20, 2019 and was applied to the payment due December 1, 2018
**8.** Number of payments past due and amount (a) Pre-petition 0  $ 0.00  (b) Post-petition 3  $ 2,620.06

**9.** Notice of default was recorded on Not Applicable  Notice of sale was published on Not Applicable
**10.** If a chapter 13 case, in what class is this claim? _____

**11.** Grounds for seeking relief (check as applicable):

( X ) §362(d)(1)  ( ) 362(d)(2)  ( ) §362(d)(3)  ( ) §362(d)(4)
( ) Cause  ( ) Inadequate Protection  ( ) Lack of equity  ( ) Lack of insurance  ( ) Bad faith
( X ) Other  Property to be Surrendered

**12.** For each ground checked in item 11, furnish a brief supporting statement in the space below. Use additional page(s) if necessary.

The Property is being surrendered-362(d)(1)

EDC 3-468 (Rev. 11/10)